IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD SHANK,

    Petitioner,                   No. CIV S-10-1803 GEB GGH P

  vs.

R. HILL, Warden,

    Respondent.              ORDER

_____/

        Pursuant to the Order, filed on July 28, 2010, petitioner, by filing dated August 24, 2010, has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

        Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis is granted.  See 28 U.S.C. § 1915(a).

DATED: September 15, 2010          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:009
shan1803.ifpg